NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1015, -1116, -1117, -1160, -1166

BROADCOM CORPORATION,

Plaintiff-Cross Appellant,

v.

QUALCOMM INCORPORATED,

Defendant-Appellant.

Appeals from the United States District Court for the Central District of California in case no. 05-CV-467, Judge James V. Selna.

ON MOTION

ORDER

Qualcomm Incorporated moves for expedited treatment of Qualcomm's motion to organize the above-captioned appeals into three separate appeals and Broadcom Corporation's motion to dismiss.

The court denied Qualcomm's motion to organize the appeals and Broadcom's motion to dismiss on January 30, 2009. Thus, Qualcomm's motion for expedited treatment of the motions is moot.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

FEB 9 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Evan R. Chesler, Esq.
William F. Lee, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 09 2009

JAN HORBALY
CLERK